# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced March 11, 2020

19-0500       IN RE HARVEY SAND LITIGATION

The parties are hereby directed to file with the MDL Panel on or before **March 25, 2020**, a joint status report—or failing the ability to provide a joint report within that deadline, individual status reports—to include the status of any local-court action or rulings that affect or may affect the MDL proceeding, the pendency of any actions or settings or regarding any pending or needed rulings by the Panel, any needs or concerns of the parties regarding the MDL aspect of the cases, and any other matters that the MDL panel should know.